**THE MIAMI BEACH RAILWAY COMPANY, a Florida Corporation, v. HELEN M. LEMON, a widow.**

22 So. (2nd) 764                                          June Term, 1945
July 10, 1945                                                  Division B

*Loftin, Anderson, Scott, McCarthy & Preston,* for appellant.

*McKay, Dixon & DeJarnette,* for appellee.

PER CURIAM:

Judgment affirmed upon condition that plaintiff below enter a remittitur in the cause in the amount of $1500 within thirty days after the mandate goes down. Otherwise, the judgment is reversed and a new trial awarded.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.